| | | | |
|---|---|---|---|
| Acosta; Com. v. Anaya; Com. v. Brown; Com. v. Franks; Com. v. Devalle .......... | 09/15/2015 297–347 EAL (2015) | Denied | Pa.Super., 122 A.3d 436; 122 A.3d 437; 122 A.3d 438; 122 A.3d 439 |
| Com. v. Sanchez ... | 08/31/2015 271 EAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
| Com. v. Smith ...... | 08/26/2015 182 EAL (2015) | Denied | Pa.Super., 120 A.3d 1046 |
| Com. v. Stewart .... | 08/19/2015 298 MAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Van-Arsdale | 09/23/2015 144 MAL (2015) | Denied | Pa.Super., 118 A.3d 459 |
| Com. v. Vaughn .... | 09/23/2015 293 EAL (2015) | Denied | Pa.Super., 120 A.3d 1052 |
| Com. v. Walker ..... | 09/23/2015 260 EAL (2015) | Denied | Pa.Super., 110 A.3d 1000 |
| Com. v. Weipert; Com. v. Stewart; Com. v. Minnich; Com. v. Groff ..... | 08/19/2015 300–303 \ MAL 2015 | Denied | Pa.Super., 120 A.3d 1059; 120 A.3d 1060 |
| Com. v. Whitby ..... | 08/19/2015 290 MAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| E.M.S., In re Adoption of; E.D.E., In re; D.J.S., In re Adoption of ...... | 08/26/2015 245, 246 WAL (2015) | Denied | Pa.Super., 122 A.3d 456 |
| Hervert v. Hervert .. | 08/31/2015 42 WAL (2015) | Denied | Pa.Super., 118 A.3d 439 |